# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

PATRICIA KENNEDY, Individually,

    Plaintiff,

v.

CITGO PETROLEUM CORPORATION d/d/a CITGO OHM INC., A Texas Corporation doing business in Florida,

    Defendant.

_____/

Case No.: 6:17-cv-01404-PGB-DCI

## NOTICE OF FILING COURT'S INTERROGATORIES

COMES NOW, Plaintiff, Patricia Kennedy, and files this, Plaintiff's Notice of Filing Court's Interrogatories.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record this 17th day of August 2017.

_____
Christine N. Failey, Esq., Of Counsel
**Thomas B. Bacon, P.A.**
Florida Bar No.: 22520
PO Box 55404
St. Petersburg, FL 33732
ph. (813) 481-9320
cfailey@cfaileylaw.com

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PATRICIA KENNEDY, Individually,

    Plaintiff,

v.                                  Case No: 6:17-cv-01404-PGB-DCI

CITGO PETROLEUM CORPORATION
d/b/a CITGO OHM INC., A Texas
Corporation doing business in Florida,

    Defendant(s)
_____/

## ANSWERS TO COURT INTERROGATORIES

1.    Residence address.

**RESPONSE**:

9205 NW 80th Street
Tamarac, FL 33321

2.    Name of current employer and place of employment.

**RESPONSE**:

Mental Health Association
9 Muses Art Center
7139 W. Oakland Park Blvd.
Lauderhill FL 33313

3.    Date(s) and time(s) that you visited the facility.

**RESPONSE**:

04/11/2017. Approximately 12:50 p.m.

4. Purpose of your visit(s) and duration of your stay(s).

**RESPONSE**:

Snack/drink. Check for ADA compliance. 15-20 minutes.

5. Did anyone else accompany you? If so, who?

**RESPONSE**:

Yes.
Pierre Duran
21911 Cypress Drive
47C
Boca Raton, FL 33433

6. Describe the nature of your disability.

**RESPONSE**:

Mobility impaired due to spinal injury.

7. Specifically list each of the architectural barriers which you personally observed or experienced at this facility.

**RESPONSE**:

I personally observed, experienced and/or am aware of the following problems at the Defendant's facility:

There were insufficient number of handicap parking spaces, lack of compliant signage, improper verbiage. The handicapped parking spaces were on a slope, the access isle from the parking space to the store was also on a slope and was too narrow for passage, and the isle had abrupt changes in level. The access isle/sidewalk was badly maintained, and had dangerous cracks/holes in it.

There was a door knob in the bathroom that prevented opening without tight grasping and twisting of the wrist. The trash can in the bathroom blocked side clearance to the commode. The light switch was too high. The paper dispenser was too high. The

distance between the commode and the wall was too narrow to be accessible, so there was not enough room to maneuver. There was no rear or side grab bar, the pedestal sink was out of reach, and the sink's hardware required tight grasping and twisting of the wrist to operate.

The front door was too narrow to enter.

8. Did you take notes or make a contemporaneous record of these barriers? Is so, please attach a copy to these Answers.

**RESPONSE**:

I did not. However, photographs were taken.
Please see photographs attached.

9. Please list any other Title III cases in which you have been a party in this District.

**RESPONSE**:

Please see attached list.

Pursuant to 28 U.S.C. Section 1746, I declare, certify, verify, and state, under penalty of perjury that the foregoing is true and correct.

8-16-2017
Date

*Patricia Kennedy*
Patricia Kennedy